UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA ROJAS, *individually and on behalf of all others similarly situated*,

                Plaintiff,

– against –

L-RAY, LLC *d/b/a* ALTA RESTAURANT, CHRISTOPHER CHESNUTT and EWA OLSEN, *as individuals*,

                Defendants.

**ORDER**

20 Civ. 6109 (ER)

RAMOS, D.J.:

      Plaintiff filed the instant suit against Defendants on August 5, 2020.  Doc. 1.  A summons was issued on August 6, 2020, Doc. 4, but Plaintiff has not yet filed an affidavit of service, and Defendants have not appeared.  Accordingly, Plaintiff is directed to submit a status report by December 16, 2020.  Failure to comply could result in the Court dismissing the case under Federal Rule of Civil Procedure 4(m).  *See* Fed. R. Civ. P. 4(m).

      SO ORDERED.

Dated:   December 2, 2020
              New York, New York

                                                EDGARDO RAMOS, U.S.D.J.